UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL MOKAY and LINDA MOKAY**            **PLAINTIFFS**

**V.**            **CIVIL ACTION NO. 1:06CV446 LTS-RHW**

**STATE FARM FIRE and CASUALTY COMPANY;**
**NANCY TAKKE STRATTON, ET AL.**            **DEFENDANTS**

## ORDER GRANTING MOTION TO REMAND

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That the plaintiffs' motion to remand [11] is hereby **GRANTED**;

That this action is hereby **REMANDED** to the Chancery Court of Hancock County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed.

That Defendant Nancy Takke Stratton's motion to dismiss or, in the alternative, for summary judgment [2] is hereby **DENIED WITHOUT PREJUDICE** to the right of the defendant to refile her motion after remand.

**SO ORDERED** this 31st day of July, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge