UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL MOKAY and LINDA MOKAY**         **PLAINTIFFS**

**V.**         **CIVIL ACTION NO. 1:06CV446 LTS-RHW**

**STATE FARM FIRE and CASUALTY COMPANY;**
**NANCY TAKKE STRATTON, ET AL.**         **DEFENDANTS**

## ORDER GRANTING MOTION TO REMAND

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That the plaintiffs' motion to remand [11] is hereby **GRANTED**;

That this action is hereby **REMANDED** to the Chancery Court of Hancock County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed.

That all other pending motions [2] [37] [41] [71] [72] are hereby **DENIED** for lack of subject matter jurisdiction.

**SO ORDERED** this 30th day of April, 2007.

        s/ L. T. Senter, Jr.
        L. T. SENTER, JR.
        SENIOR JUDGE